*238 On Rehearing.
This cause came on to be heard upon the motion of the defendants in error to modify the judgment heretofore entered in this cause and to remand this cause to the Court of Appeals of Montgomery county, Ohio, for the purpose of a hearing and determination by such court of the question whether or not the fees charged under the meat inspection ordinance of the city of Dayton are out of proportion to the expense of such inspection and for that reason unlawful; on consideration whereof said motion is sustained and it is ordered and adjudged by this court that the judgment heretofore entered in this cause be and the same hereby is so modified and the cause is remanded to such court and such court is directed to hear and determine, as of the date of such hearing, whether or not the fees charged are out of proportion to the expense of such inspection and whether or not such ordinance is for that reason unlawful.

Former judgment modified and cause remanded.

Marshall, C. J., Kinkade, Robinson, Jones, Matthias, Day and Allen, JJ., concur.